JENNER & BLOCK LLP
KENNETH K. LEE (SBN 264296)
klee@jenner.com
JEFFREY A. ATTEBERRY (SBN 266728)
jatteberry@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone:  213 239-5100
Facsimile:   213 239-5199

Attorneys for Defendants,
eBay Inc. and PayPal, Inc.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Reginald Burgess, et al. | Case No. 14-cv-00302-EJD (PSG) |
| Plaintiffs, | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS EBAY INC. AND PAYPAL, INC.** |
| v. | |
| Otto Bock Healthcare US, et al. | **[PROPOSED] ORDER** |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

Please take notice that Defendants eBay Inc. and PayPal, Inc. hereby substitute Kenneth K. Lee of Jenner & Block LLP in place of Ryan David Marsh as their counsel of record in this action. I am a member of the State Bar of California (SBN 264296) and am admitted to practice in the Northern District of California. My contact information is as follows:

> Kenneth K. Lee
> Jenner & Block LLP
> 633 West 5th Street, Suite 3600
> Los Angeles, CA 90071
> Telephone: (213) 239-5100
> Facsimile:  (213) 239-5199
> klee@jenner.com

Dated:  February 28, 2014                                     JENNER & BLOCK LLP

                                                              By: /s/ Kenneth K. Lee
                                                                   KENNETH K. LEE
                                                                   Attorneys for Defendants
                                                                   eBay Inc. and PayPal, Inc.


### CONSENT TO SUBSTITUTION

Ryan David Marsh hereby consents to this substitution.

Dated:  February 28, 2014                                     By: /s/ Ryan David Marsh
                                                                   RYAN DAVID MARSH

## LOCAL RULE 5-1(i)3 ECF ATTESTATION

I am the ECF user whose ID and password are being used to file this Notice of Substitution of Counsel. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from signatory Ryan David Marsh.

By: /s/ Kenneth K. Lee
    KENNETH K. LEE

**[PROPOSED] ORDER**

**IT IS SO ORDERED:**

Dated: _____     By: _____
                                       HONORABLE EDWARD J. DAVILA
                                       United States District Judge