IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REGINALD BURGESS, et. al., | CASE NO. 5:14-cv-00302 EJD |
| Plaintiff(s), | **ORDER SCHEDULING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| v. | |
| OTTO BOCK HEALTHCARE, US, et. al., | |
| Defendant(s). | |

Having reviewed this action, the court finds the initial case management order originally issued is unsuited to the relief sought in the complaint.[1]  Accordingly, the case management order filed January 21, 2014 (Docket Item No. 7), is VACATED.  In its place, the clerk shall forthwith issue an "Order Setting Initial Case Management Conference and ADR Deadlines," which is used in non-ADA civil cases.

Additionally, in order to avoid further confusion over service and scheduling in this action, the Summonses issued by the clerk on February 28, 2014 (Docket Item No. 44), are STRICKEN since it appears they are now unnecessary.

**IT IS SO ORDERED.**

Dated:  March 4, 2014

EDWARD J. DAVILA
United States District Judge

---

[1] In general, the "Scheduling Order for Cases Asserting Denial of Right of Access Under Americans with Disabilities Act Title II & III" is used in cases asserting only that - a denial of access to physical premises.  The complaint filed in this action asserts more than just that type of claim.