1 | JENNER & BLOCK LLP
    KENNETH K. LEE (SBN 264296)
2 | klee@jenner.com
    JEFFREY A. ATTEBERRY (SBN 266728)
3 | jatteberry@jenner.com
    633 West 5th Street, Suite 3600
4 | Los Angeles, CA 90071
5 | Telephone: 213 239-5100
    Facsimile: 213 239-5199
6 |
7 | Attorneys for Defendants,
    eBay Inc. and PayPal, Inc.
8 |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| Reginald Burgess, et al. | Case No. 14-cv-00302-EJD (PSG) |
|---|---|
| Plaintiffs, | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS EBAY INC. AND PAYPAL, INC.** |
| v. | |
| Otto Bock Healthcare US, et al. | [XXXXXXX] [PROPOSED] ORDER |
| Defendants. | |

---

1

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS EBAY INC. AND PAYPAL, INC. AND [PROPOSED] ORDER

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

Please take notice that Defendants eBay Inc. and PayPal, Inc. hereby substitute Kenneth K. Lee of Jenner & Block LLP in place of Ryan David Marsh as their counsel of record in this action. I am a member of the State Bar of California (SBN 264296) and am admitted to practice in the Northern District of California. My contact information is as follows:

> Kenneth K. Lee
> Jenner & Block LLP
> 633 West 5th Street, Suite 3600
> Los Angeles, CA 90071
> Telephone: (213) 239-5100
> Facsimile: (213) 239-5199
> klee@jenner.com

Dated: February 28, 2014                    JENNER & BLOCK LLP

                                            By: */s/ Kenneth K. Lee*
                                                KENNETH K. LEE
                                                Attorneys for Defendants
                                                eBay Inc. and PayPal, Inc.

### CONSENT TO SUBSTITUTION

Ryan David Marsh hereby consents to this substitution.

Dated: February 28, 2014                    By: */s/ Ryan David Marsh*
                                                RYAN DAVID MARSH

---

1
NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS EBAY INC. AND PAYPAL, INC. AND [PROPOSED] ORDER

LOCAL RULE 5-1(i)3 ECF ATTESTATION

I am the ECF user whose ID and password are being used to file this Notice of Substitution of Counsel. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from signatory Ryan David Marsh.

By: /s/ Kenneth K. Lee
       KENNETH K. LEE

[~~XXXXXXXX~~ ~~PROPOSED~~] ORDER

**IT IS SO ORDERED:**     The substitution of counsel is approved.

Dated:     March 4, 2014                           By: _____
                                                     HONORABLE EDWARD J. DAVILA
                                                     United States District Judge