Garrett Skelly         (SBN  94895)
160 Centennial Way Ste 21
Tustin, CA 92780
Phone (714) 730-3708
Fax   (714) 730-3708
Email garrettgskelly@aol.com

Attorney for: Reginald Burgess

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| REGINALD BURGESS, and WILLIAM EVERDEN, on behalf of members,  et al Plaintiffs, | Case No. 14-CV-00302 EJD  (PSG) |
| CHRIS DOE, BOB DOE, BOB DOE2, RUTH DOE, ROSS DOE, and BRUCE DOE,<br>    Class Member Real Parties in Interest,<br>            v. | **NOTICE OF DISMISSAL**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |
| OTTO BOCK HEALTHCARE, US; et al Defendants. | **Honorable   Edward J. Davila**<br>Date  ASAP Time  ASAP Rm  4  Fl 5 |

Pursuant to **Fed. R. Civ. P. 41(a)(1)(A)(i)** plaintiffs file this Notice of Dismissal as no one has answered or filed a motion for summary judgment.

I declare by the laws of the State of California under penalty of perjury the above is true and correct signed at Tustin, California this 19th  day of March, 2014

_____
Garrett Skelly, Attorney at Law
Counsel for Burgess, Everden & class

Notice of Dismissal
Case 14-CV-0302 EJD

-1-

| | |
|---|---|
| 1 | Garrett Skelly        (SBN  94895) |
| 2 | 160 Centennial Way Ste 21 |
|   | Tustin, CA 92780 |
| 3 | Phone (714) 730-3708 |
|   | Fax   (714) 730-3708 |
| 4 | Email garrettgskelly@aol.com |

## CERTIFICATE OF SERVICE

I have this date uploaded this document in the Northern District Electronic Case Filing system with a good receipt and thus all parties who have consented to electronic service will receive notice of this filing by operation of the ECF system. Any parties who have not consented to ECF electronic service will receive a copy of this electronically filed document through send of third party certified email.

I declare by the laws of the State of California under penalty of perjury the above is true and correct signed at Tustin, California this 19th day of March, 2014

_____
Garrett Skelly, Attorney at Law

Certificate of Service

-1-